IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| REGINALD MICHAEL GRAY, | ) |
| Plaintiff, | ) ) ) |
| VS. | ) No. 03-1241-T-An |
| RICK STAPLES, et al., | ) ) ) |
| Defendant. | ) ) |

## ORDER TO SHOW CAUSE

Plaintiff Reginald Michael Gray filed a complaint pursuant to 42 U.S.C. § 1983 on September 15, 2003. On April 2, 2004, an order was entered dismissing Jerry Gist and Rick Staples as defendants and ordering service of process for Defendant Peaches Brown. Although Milton Dale Conder, Jr., filed a notice of appearance on behalf of Defendant Brown on August 6, 2004, Defendant has failed to file an answer or to otherwise respond to the complaint. Plaintiff, however, has not filed a request for entry of default and motion for default judgment.

Plaintiff is hereby ORDERED to SHOW CAUSE within twenty (20) days of the entry of this order why the action against Defendant Brown should not be dismissed for failure to prosecute.

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 5/10/05

Failure to respond will result in the dismissal of the action. See Fed. R. Civ. P. 41 (b).

IT IS SO ORDERED.

*[signature: James D. Todd]*
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

6 May, 2005
DATE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in case 1:03-CV-01241 was distributed by fax, mail, or direct printing on May 10, 2005 to the parties listed.

---

Milton Dale Conder
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

Reginald Michael Gray
U. S. Penitentiary McCreary
19011076
P.O. Box 3000
Pine Knot, KY 42635

Honorable James Todd
US DISTRICT COURT