UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

**JUDGMENT IN A CIVIL CASE**



REGINALD MICHAEL GRAY,

    Plaintiff,

VS.                             NO. 1:03-CV-1241-T/AN

RICK STAPLES, ET AL,

    Defendant(s).


[X] DECISION BY THE COURT. This action came to consideration before the Court; the issues having been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that in compliance with the Order entered in the above styled matter on July 12, 2005, defendants' motion to dismiss is granted and this action is hereby DISMISSED.


APPROVED:

*James D. Todd*
JAMES D. TODD
UNITED STATES DISTRICT JUDGE


                                    ROBERT R. DI TROLIO, CLERK

                                    BY: _____
                                             DEPUTY CLERK

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 7/13/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 23 in case 1:03-CV-01241 was distributed by fax, mail, or direct printing on July 13, 2005 to the parties listed.

---

Milton Dale Conder
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

Reginald Michael Gray
U. S. Penitentiary McCreary
19011076
P.O. Box 3000
Pine Knot, KY 42635

Honorable James Todd
US DISTRICT COURT